**IN THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ROBERT SIMPSON | : | CASE NO.  1:21-cv-00744-JMS-MJD |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | JUDGE JANE MAGNUS-STINSON |
| | : | |
| APEX EXPRESS, INC. d/b/a. | : | |
| CORDELL TRANSPORTATION | : | |
| COMPANY, LLC | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83-7(b), Donald G. Slezak hereby gives notices to withdraw as counsel of record for Defendant.  As grounds therefore, Mr. Slezak is no longer in the employ of Lewis, Brisbois, Bisgaard & Smith LLP ("Lewis Brisbois") and, therefore, will not be representing Defendant in this matter.  David A. Campbell and Benjamin C. Hoffman of Lewis Brisbois shall continue as counsel of record for Defendant.  Defendant has been notified of Mr. Slezak's withdrawal as counsel through Mr. Campbell and consents to the withdrawal. No party shall suffer any prejudice by this Court permitting Mr. Slezak to withdraw.

Respectfully submitted,

*/s/ Donald G. Slezak*_____
Donald G. Slezak (0092422)
Jackson Lewis P.C.
6100 Oak Tree Blvd.
Suite 400
Cleveland, OH 44131
Phone: (216) 750-4304
Fax: (216) 750-0826
Donald.slezak@jacksonlewis.com

4815-1155-1469.1

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of June 2021, the foregoing was filed through the Court's CM/ECF electronic filing system.  A copy of this filing will be sent to all parties through the court's ECF system.

*/s/ Donald G. Slezak*_____
Donald G. Slezak (0092422)

4815-1155-1469.1