UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:21-cv-00744-JMS-MJD |
| | ) |
| APEX EXPRESS, INC. d/b/a | ) |
| CORDELL TRANSPORTATION | ) |
| COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted.  IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice.   Each party shall bear its/his own costs and attorneys' fees [46].

Date: 10/14/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF